**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| KEVIN SCHUBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. No. 8:20-cv-00386-TPB-AAS |
| | ) | |
| ALLY FINANCIAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, KEVIN SCHUBERT, ("Plaintiff"), by and through his attorney, Shireen Hormozdi, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, without prejudice, against Defendant, ALLY FINANCIAL, INC.

RESPECTFULLY SUBMITTED,

May 12, 2020                    By: /s/ Shireen Hormozdi
                                          Shireen Hormozdi
                                          Florida Bar No. 882461
                                          Hormozdi Law Firm, LLC
                                          1770 Indian Trail Lilburn Road, Suite 175
                                          Norcross, GA 30093
                                          Tel: 678-395-7795
                                          Fax: 866-929-2434
                                          shireen@agrusslawfirm.com
                                          shireen@norcrosslawfirm.com
                                          Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

On May 12, 2020, I electronically filed the Notice of Voluntary Dismissal without Prejudice with the Clerk of the U.S. District Court, using the CM/ECF system.

By: /s/ Shireen Hormozdi
       Shireen Hormozdi